BENDYKSON *v.* LYONS EVANGELISTIC COMMITTEE.

MASTER AND SERVANT—WORKMEN'S COMPENSATION ACT—APPLICA-BILITY OF ACT.

It is not competent for the industrial accident board to make an award where the injury to a claimant for compensation occurs before the employer has elected to come under the workmen's compensation act (Act No. 10, Extra Session 1912, 2 Comp. Laws 1915, § 5423 *et seq.*).

Certiorari to Industrial Accident Board. Submitted January 16 1917. (Docket No. 144.) Decided March 30, 1917.

Ole J. Bendykson presented his claim for compensation against the Lyons Evangelistic Committee for injuries received while in defendant's employ. From an order awarding compensation, defendant and the American Indemnity Company bring certiorari. Reversed.

*Fred L. Vanderveer (Orville H. Foster,* of counsel), for appellants.

BROOKE, J. On September 7, 1915, respondent, Lyons Evangelistic Committee, filed with the industrial accident board a written acceptance of the provisions of the so-called employers' liability act (2 Comp. Laws 1915, § 5423 *et seq.*). This acceptance was approved by the board on September 29, 1915. The claimant, in the course of his employment, while working for said respondent, the Lyons Evangelistic Committee, was injured on the 1st day of September, 1915. He made a claim for compensation under the act, and was awarded compensation by an arbitration committee, which award was afterwards affirmed by the board on appeal.

The injury to claimant having occurred before his employer had elected to come under the act, it was not competent for the board to make an award. *Bernard* v. *Traction Co.,* 188 Mich. 504 (154 N. W. 565); *Shevchenko* v. *Railway,* 189 Mich. 421 (155 N. W. 423).

The order of the board granting compensation is vacated and set aside.

KUHN, C. J., and STONE, OSTRANDER, BIRD, MOORE, STEERE, and FELLOWS, JJ., concurred.